# UNITED STATES BANKRUPTCY COURT
### Southern District of Alabama

Bankruptcy Proceeding No.: 04−17014
Chapter: 13
Judge: MARGARET A. MAHONEY

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Shirley Dardon
2462 Oakleigh Drive
Mobile, AL 36617

## *NOTICE OF HEARING*

A hearing will be held in Courtroom 2 of the U. S. Bankruptcy Court, 201 St. Louis St., Mobile, AL on:

Date: 4/21/10

Time: 08:30 AM

Matter:

*37* – Application to Employ Knox Boteler as attorney Filed by Shirley Dardon J. Knox Boteler III (Attachments: # (1) Exhibit A) (Boteler, J.)

A MOTION WILL BE DISMISSED BY THE COURT IF THE MOVANT DOES NOT APPEAR AT THIS HEARING OR NOTIFY THE COURT AT LEAST ONE (1) DAY IN ADVANCE OF ANY AGREEMENT REACHED WITH ALL OTHER AFFECTED PARTIES BY CONTACTING ANTOINETTE BROOKS AT <antoinette_brooks@alsb.uscourts.gov>. MOVANT'S COUNSEL MUST REPRESENT TO THE COURT THAT ALL AFFECTED PARTIES HAVE BEEN NOTIFIED OF, AND CONSENT TO, THE AGREEMENT.

Dated: 3/30/10

LEONARD N. MALDONADO
CLERK OF COURT

BY SUE SMITH
DEPUTY CLERK

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Apr 01, 2010.
```
db              +Shirley Dardon,   2462 Oakleigh Drive,   Mobile, AL 36617-2224
1293316         ++APPLIED BANK,   PO BOX 15809,   WILMINGTON DE 19850-5809
                 (address filed with court: Cross Country Bank,   P.O. Box 310711,   4700 Exchange Ct.,
                 Boca Raton, FL  33431-4464)
1293312          Ada Sipp,   2462 Oakleigh Drive,   Mobile, AL 36617-2224
1293313          American Direct Credit,   2735 Warm Springs Ave.,   Boise, ID 83712-8440
1293314          Capital One,   P.O. Box 85520,   Richmond, VA 23285-5520
1293317         +First Premier Bank,   P.O. Box 5147,   900 West Delaware St Ste.,   Sioux Falls, SD 57104-0337
1293318          Gulf Coast Financial Associates,   P.O. Box 16568,   Mobile, AL 36616-0568
1293319          Gulf Coast Financial Associates,   P.O. Box 7,   Mobile, AL 36601-0007
1297807         +HOUSEHOLD FINANCE CORP OF ALABAMA,   961 WEIGEL DRIVE,   ELMHURST, IL 60126-1050
1293320         +Household Finance Corporation,   P.O. Box 8633,   Elmhurst, IL 60126-8633
1315665          Jefferson Capital Systems, LLC,   POB 23051,   Columbus GA 31902-3051
1293321          MCI Communications,   C/O Park Dansan,   P.O. Box 248,   Gastonia, NC  28053-0248
1293322          Midland Credit Management,   5775 Roscoe Ct.,   San Diego, CA  92123-1356
1293323          Newman Amubulance,   C/O Halloway Credit Bureau,   1286 Carmichael Way,
                 Montgomery, AL  36106-3645
1293324         +Palisades Collections Inc.,   2425 Commerce Ave. Bldg. 2100 Ste. 100,   Duluth, GA 30096-8913
1293325         +RMA-JAX,   2675 Breckinridge Boulevard,   Duluth, GA 30096-8931
```

The following entities were noticed by electronic transmission on Mar 30, 2010.
```
1752064          E-mail/Text: ebnbankruptcy@ahm.honda.com
                 AMERICAN HONDA FINANCE CORPORATION,   NATIONAL BANKRUPTCY CENTER,   P.O. BOX 168088,
                 IRVING, TX 75016-8088
1330620         +E-mail/PDF: BNCEmails@blinellc.com Mar 31 2010 00:32:09
                 B-Line, LLC/Worldwide Asset Management,   Household Renaissance,   B-Line, LLC,   Mail Stop 550,
                 2101 4th Ave., Suite 900,   Seattle, WA 98121-2339
1293311          E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM
                 Capital One Auto Finance,   3901 Dallas Pkwy,   Plano, TX  75093-7864
1301092         +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Mar 31 2010 00:46:57
                 Capital One Auto Finance,   c/o Ascension Capital Group,   P.O. Box 201347,
                 Arlington, Tx 76006-1347
1298951         +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Mar 31 2010 00:46:57
                 Capital One Auto Finance Department,   c/o The Ramsey Law Firm PC,   PO Box 201347,
                 Arlington, Tx 76006-1347
1298218         +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Mar 31 2010 00:46:57
                 Capital One Auto Finance Department,   c/o The Ramsey Law Firm,P.C.,   P.O. Box 201347,
                 Arlington, Tx 76006-1347
1293315         +E-mail/Text: Tracy_Trotter@cable.comcast.com                Comcast Cable,
                 C/O CBS Collection Division,   3248 Springhill Avenue,   Mobile, AL 36607-1795
                                                                                     TOTAL: 7
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               American Honda Finance Coporation
cr*             +Capital One Auto Finance Department,   c/o The Ramsey Law Firm, PC,   P O Box 201347,
                 Arlington, TX 76006-1347
                                                                           TOTALS: 1, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 01, 2010**                          **Signature:**   *Joseph Speetjens*