## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA

In Re:

**SHIRLEY DARDON**  *

Case No.: 04-17014

**Debtors.**  *

**Chapter 13**

### DEBTOR SHIRLEY DARDON'S MOTION TO APPROVE PERSONAL INJURY SETTLEMENT AND DISBURSEMENT

COMES NOW, the Debtor, Shirley Dardon (Hereafter "Movant"), and requests this Honorable Court approve the proposed personal injury settlement and distribution arising from a September 18, 2009 automobile collision. As grounds for said request, the Debtor does state as follows:

1. Movant Shirley Dardon was involved in an automobile collision of September 18, 2009 wherein personal injuries were sustained as a result of the alleged negligence of James L. James and/or another party unknown to the Debtor at the present time.

2. At the time of the collision the known tortfeasor, James L. James, held a policy of insurance with U.S. Agencies Insurance Company. Said coverage provided for restitution to the Debtor for those damages caused by the U.S. Agencies insured.

3. Debtor retained the law firm of Moore & Wolfe, P.C., to assist with her claim against the U.S. Agencies insured or those other claims which may have arisen from the collision. The Debtor executed a thirty-three and one-third percent (33 1/3%) contingency fee agreement with Moore & Wolfe, P.C.

4. U.S. Agencies Ins. Co., on behalf of its insureds, has extended an offer of Five Thousand Four Hundred 00/100 Dollars ($5,400.00) for full and final settlement of any and all claims arising

from the September, 2009 collision.

5. The Movant requests this Court to authorize her attorneys to accept this offer from U.S. Agencies Ins. Co. for full and final settlement.

6. In addition, the Movant requests the settlement proceeds be deposited and distributed through her attorneys' trust account as follows:

> A) The Movant requests One Thousand Eight Hundred and Sixty 48/100 Dollars ($1,860.48) of the settlement proceeds be paid directly to Moore & Wolfe, P.C., requests payment in the amount of for fees and expenses.
>
> B) The Movant requests Four Hundred and Ninety-Eight Dollars 00/100 Dollars ($498.00) of the settlement proceeds be paid directly to Lifeguard Ambulance Service for final satisfaction of its bill for medical care related to the injury suffered in the collision.
>
> C) The Movant requests One Thousand Two Hundred and Fifty Dollars 00/100 Dollars ($1,250.00) of the settlement proceeds be paid directly to the Alabama Injury and Pain Clinic for final satisfaction of its bill for medical care related to the injury suffered in the collision.
>
> D) The Movant requests the remaining balance of the settlement proceeds, One Thousand Seven Hundred and Ninety One 52/100 Dollars ($1,791.52), be paid directly to her.

WHEREFORE, the premises considered, the Movant requests this Honorable Court approve the proposed personal injury settlement and distribution.

Respectfully Submitted,

S/ J. KNOX BOTELER, III  (BOTE8489)
J. KNOX BOTELER, III (BOTE8489)
ATTORNEY FOR DEBTOR

OF COUNSEL:

MOORE & WOLFE, P.C.
1252 DAUPHIN STREET
MOBILE, ALABAMA  36604
(251) 433-7766

CERTIFICATE OF SERVICE

    I do hereby certify that I have on this May 4, 2010, served a true and correct copy of the foregoing on counsel on listed below by CM/ECF:

Stephen A. Murray
951 Government Street, Ste. 100
Mobile, AL 36604

John C. McAleer
P.O. Box 1884
Mobile, AL 36633

S/ J. KNOX BOTELER, III  (BOTE8489)
J. KNOX BOTELER, III (BOTE8489)
ATTORNEY FOR DEBTOR