# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ALABAMA

In re:

SHIRLEY DARDON                          Case No. 04-17014-MAM-13

    Debtor.

## RESPONSE TO MOTION TO APPROVE PERSONAL INJURY SETTLEMENT

    Comes now John C. McAleer III, Standing Chapter 13 Trustee for the Southern District of Alabama, and hereby files this response to the Debtor's motion to approve personal injury settlement and disbursement.

    The Trustee does not object to the settlement but would request that any excess proceeds over allowable exemptions be paid to the plan for distribution to creditors and the percentage paid to general unsecured creditors to be increased accordingly.

    Date: May 11, 2010

                                                           s/John C. McAleer III
                                                           JOHN C. McALEER III
                                                           CHAPTER 13 TRUSTEE
                                                           Post Office Box 1884
                                                           Mobile, AL  36633
                                                           (251)438-4615

## CERTIFICATE OF SERVICE

    Movant certifies that a copy of the foregoing motion was served on the parties listed below by first class mail and/or electronic transmission on May 11, 2010.

                                                           s/John C. McAleer III
                                                           JOHN C. McALEER III
                                                           CHAPTER 13 TRUSTEE

Shirley Dardon
John W. Sharbrough, III
J. Knox Boteler, III